UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE GUADALUPE ROJAS-GUZMAN,<br><br>        Defendant. | Case No. 3:10-cr-00109-ECR-WGC<br><br>ORDER |

On December 5, 2011, Defendant Rojas-Guzman filed a motion (#89) for appointment of co-counsel Micheline N. Fairbank pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. The motion (#89) is GRANTED.

Dated this 13th day of December 2011.

_____
EDWARD C. REED, JR.
United States District Judge