UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,                 )    3:10-cr-00109-ECR-WGC
                                          )
            Plaintiff,                    )    MINUTES OF THE COURT
                                          )
vs.                                       )    DATE: December 14, 2011
                                          )
JOSE GUADALUPE ROJAS-GUZMAN,              )
      a/k/a Angel,                        )
AURELIO NUNES-MOLINA, and                 )
MARIO ADRIAN LOPEZ-FERNANDEZ,             )
      a/k/a Mario,                        )
                                          )
            Defendants.                   )
_____)

PRESENT: _____EDWARD C. REED, JR._____        U. S. DISTRICT JUDGE

Deputy Clerk: ____COLLEEN LARSEN_____    Reporter: _____NONE APPEARING_____

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that the Government shall have until 1pm on Friday, December 16, 2011 to respond to Defendant Rojas-Guzman's Motion to Dismiss or, in the Alternative, for a Bill of Particulars (#95) submitted on December 9, 2011. There shall be no reply.

LANCE S. WILSON, CLERK

By _____/s/_____
        Deputy Clerk